**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02185-CMA-MEH

OJORE N. LUTALO,

    Plaintiff,

v.

SHAWN MOBLEY,
ERIC LEDFORD,
TODD QUICK, in their individual capacities, and
THE CITY OF LA JUNTA, COLORADO, a municipality,

    Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF
DEFENDANT ERIC LEDFORD**

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice of Defendant Eric Ledford (Doc. # 7). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Eric Ledford is hereby DISMISSED WITH PREJUDICE, each party to pay his own costs and fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Eric Ledford as a Defendant in this case.

DATED: December __06__, 2010

                                  BY THE COURT:

                                  *Christine M. Arguello*
                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge