IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02185-CMA-MEH

OJORE N. LUTALO,

      Plaintiff,

v.

SHAWN MOBLEY, in his individual capacity,
ERIC LEDFORD, in his individual capacity,
TODD QUICK, in his individual capacity, and
THE CITY OF LA JUNTA, a municipality,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 11, 2011.**

      The Joint Motion for Entry of Stipulated Protective Order [filed January 7, 2011; docket #12] is **granted**. The proposed protective order is accepted and entered contemporaneously with this minute order.