**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02185-CMA-MEH

OJORE N. LUTALO,

    Plaintiff,

v.

SHAWN MOBLEY,
TODD QUICK, in their individual capacities, and
THE CITY OF LA JUNTA, COLORADO, a municipality,

    Defendants.

---

**ORDER OF DISMISSAL OF ALL CLAIMS AGAINST
SHAWN MOBLEY, TODD QUICK, AND THE CITY OF LA JUNTA, COLORADO AND
DISMISSAL OF THIS CASE WITH PREJUDICE**

---

    This matter is before the Court on the parties' Stipulated Motion To Dismiss Claims Against Defendants Mobley and Quick With Prejudice (Doc. # 17) and Stipulated Motion for Dismissal of Claims Against The City of La Junta With Prejudice (Doc. # 18). The Court has reviewed these Stipulations and ORDERS as follows:

    Plaintiff's claims against Defendants Shawn Mobley, Todd Quick, and The City of La Junta, Colorado are hereby DISMISSED WITH PREJUDICE, each party to pay his or its own costs.  It is

FURTHER ORDERED that, all claims against all Defendants having been dismissed, the above-captioned action is hereby DISMISSED WITH PREJUDICE, in its entirety.

DATED: February   23  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge